UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-112-D-1

UNITED STATES OF AMERICA

v.

MARCIN RAMOTOWSKI

ORDER TO SEAL

On motion of the Defendant, Marcin Ramotowski, and for good cause shown, it is hereby ORDERED that the **[DE 58]** be sealed until further notice by this Court.

SO ORDERED. This 13 day of February 2017.

JAMES C. DEVER III
Chief United States District Judge